UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 17-CV- 23575-JLK

Nikki McIntosh, Jeff McIntosh, Leah McIntosh, Benton McIntosh,
Gavin Oliver, Katrina Heald, Alison Meiners, Bradley Meiners,
Adyson Meiners, Katelyn Meiners, Jeffrey Wills, Mali McCracken,
Carolyn LoGuidice, David Nelson, Michelle LoGuidice,
Stephen Constant, Kathleen Constant, Emmah Constant,
Melanie McGee, Walter McGee, Mark Dresbach, Elaine Dresbach,
Brooke Dresbach, Jake Dresbach, Matthew Hartman,
Kristina Dhanada, Haleh Loguidice, Victor Loguidice, Lana Loguidice,
Ahmad Zamani, Belghis Sameni, Diane Zeidman, Shirley Harris,
Debra Engle, Sara Konynenbelt, Diane Konynenbelt, Rosemarie Cheng,
Jed Cheng, Huy Long Go Co,Nene Choa, Valerie Grayson,
Sheri Grayson, Nyasia King, Aimee Granados, Taten Evans,
Sonya Rader, James Rader, Noah Rader, Lauren Rader,
David Middleton, Nickole Middleton, Paul Lilienkamp,
Amalia Martinez, Tom Vowell, Ferdinand Cheng Co So,
Julita Co So, Corazon Cheng Co So, Kristel Mae Santos Co So,
Carol Squire, Jennifer Squire, Robert Athas, Nelia Athas,
Nicole Athas, Stefan Athas, Jennifer Marshall, Christine Wayne,
Alice Wear, Rebecca Wayne, Christopher Donnelly, Gerardo Garcia,
Maria Martinez, Gerardo Garcia, Valentina Garcia, Marcela Garcia,
Mark Rousseau, Heather Rousseau, Denise Sanford, Andie Castro,
Bradley Ramsey, Tammy Ramsey, Daniel Degen, Heather Degen,
Chloe Degen, Ava Degen, Kendall Degen, Naji Souser, Trisha Fisher,
David Larsen, Jill Larsen, Kevin Larsen, Shayli Larsen, Jose Lopez,
Jodi Allen-Lopez, Gail VanOmmen, Raymond VanOmmen, Barbara Breeding,
Raymond Breeding, Annie Magnusson, Michael Magnusson,
Christopher Magnusson, Stephen Magnusson, Rachel Magnusson,
Rebekah Magnusson, Christopher Thrower, Lisa Hampton, Elisa Beadell,
Bruce Beadell, Jacob Beadell, Joshua Beadell, Jeng Won, Vivian Stevenson,
Leslie Stevenson, Debra Gildon, Saquanna Calvin, William Cramer,
Esvanilla Cramer, Patricia Anderson, Julie Crenshaw, Bridget Steele,
Manuel Rivera, Jaedyn Draper, Brandon Hartle, Brandon Bare,
Ben Smith, Simone Smith, Richard Martinez, Tiffany Eldefonso,
Gia Martinez, Kya Eldefonso, Derrick Powell, Kayla Powell.

    Plaintiffs,
v.

ROYAL CARIBBEAN CRUISES LTD.,

    Defendant.
_____/

## PLAINTIFF'S MOTION FOR LEAVE OF COURT
## TO FILE AMENDED COMPLAINT

**COMES NOW**, the Plaintiffs, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 15, and hereby moves *unopposed* for leave to amend the Complaint. In support thereof, Plaintiff states as follows:

1. This lawsuit involves Defendant RCCL's knowing and intentional decision to effectively force the Plaintiffs who had purchased a cruise aboard the *Liberty of the Seas* leaving August 27, 2017 to travel (fly, drive, or other methods of transportation) to Southern Texas while it was in a state of emergency and/or state of disaster due to Hurricane Harvey, because RCCL would not cancel or modify its planned cruise before the scheduled departure date. Since the ticket contracts provided that no refunds would be given for prospective passenger cancellations within fourteen (14) days of the voyage, and because RCCL repeatedly told prospective passengers they would lose their entire payments for the cruise if they canceled; the Plaintiffs were forced to travel to Galveston and nearby areas (like Houston) as Hurricane Harvey approached. In doing so, Plaintiffs were forced to endure hurricane-force conditions, including catastrophic flooding, hurricane force winds, and suffered physical and emotional injuries.

2. On March 18, 2024, this Court issued its Order affirming and adopting report of magistrate judge Edwin G. Torres' Report and Recommendation on Subject Matter Jurisdiction, which held that Plaintiffs may seek leave to file a third amended complaint that specifies where each Plaintiff is a citizen of to satisfy diversity jurisdiction.

3. Pursuant to Federal Rule of Civil Procedure 15, "[t]he court should freely give leave when justice so requires." Fed. R. Civ. P. 15; *see Spanish Broadcasting System of Fla. v. Clear Channel Communications, Inc.*, 376 F. 3d 1065, 1077 (11th Cir. 2004) (quoting *Forman v. Davis*,

371 U.S. 178, 182 (1962)) ("The Supreme Court has emphasized that leave to amend must be granted absent a specific, significant reason for denial."); *see also Thomas v. Town of Davie*, 847 F. 2d 771, 773 (11th Cir. 1988) (quoting *Dussouy v. Gulf Coast Investment Corp.*, 660 F. 2d 594, 597 (Former 5th Cir. 1981)) ("[u]nless there is a substantial reason to deny leave to amend, the discretion of the district court is not broad enough to permit denial.").

4. Plaintiffs seek leave to amend the Complaint to correct the citizenship and/or subject matter jurisdiction deficiencies found by the District Court, and to update the complaint in accordance with the law.

5. Movant counsel certifies that this motion is made in good cause and in good faith and not for the purpose of delay.

6. The parties in this matter would not be prejudiced should the Court grant the relief sought requested.

7. Attached as Exhibit 1 is the proposed Third Amended Complaint.

**WHEREFORE**, Plaintiff respectfully requests this Honorable Court enter an order granting Plaintiff leave to file an Amended Complaint consistent with the instant motion and/or enters an order that the Complaint attached to this Motion is the new operative complaint.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

Undersigned counsel hereby certifies that he has communicated with counsel for Royal Caribbean Cruises Ltd. ("RCCL") in effort to confer on the relief sought herein, and RCCL's counsel opposes the granting of the relief sought herein.

    Respectfully submitted,

    LIPCON, MARGULIES,
    & WINKLEMAN, P.A.
    *Attorneys for Plaintiffs*
    2800 Ponce de Leon Blvd., Suite 1480

Coral Gables, FL 33134
Telephone No.: (305) 373-3016
Facsimile No.:  (305) 373-6204

By: */s/ Daniel W. Grammes*
   **Michael A. Winkleman, Esq.**
   mwinkleman@lipcon.com
   **Jason R. Margulies, Esq.**
   jmargulies@lipcon.com
   **MARC E. WEINER**
   Florida Bar No. 91699
   mweiner@lipcon.com
   **DANIEL W. GRAMMES**
   Florida Bar No. 1010507
   dgrammes@lipcon.com

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on April 29, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

By:   */s/ Daniel W. Grammes*
      **DANIEL W. GRAMMES**
      dgrammes@lipcon.com

**<u>SERVICE LIST</u>**
**<u>Case No. 17-cv-23575-DPG</u>**

4

L I P C O N ,   M A R G U L I E S   &   W I N K L E M A N ,   P . A .

| | |
|---|---|
| **Michael A. Winkleman, Esq.** <br> mwinkleman@lipcon.com <br> **Jason R. Margulies, Esq.** <br> jmargulies@lipcon.com <br> **Marc E. Weiner, Esq.** <br> mweiner@lipcon.com <br> **Daniel Grammes, Esq.** <br> dgrammes@lipcon.com <br> LIPCON, MARGULIES, <br> & WINKLEMAN, P.A. <br> 2800 Ponce de Leon Blvd., <br> Suite 1480 <br> Coral Gables, Florida 33134 <br> Telephone No.: (305) 373-3016 <br> Facsimile No.: (305) 373-6204 <br> *Attorneys for Plaintiffs* | **Scott D. Ponce, Esq.** <br> sponce@hklaw.com <br> **Sanford L. Bohrer, Esq**. <br> sbohrer@hklaw.com <br> HOLLAND & KNIGHT LLP <br> Attorneys for Royal Caribbean <br> 701 Brickell Avenue, Suite 3000 <br> Miami, Florida 33131 <br> (305) 374-8500 (telephone) <br> (305) 789-7799 (facsimile) <br> *Attorneys for Defendant* |