UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 17-CV- 23575- CIV-GAYLES

NIKKI MCINTOSH *et al.*,

    Plaintiffs,

v.

ROYAL CARIBBEAN CRUISES LTD.,

    Defendants.
_____/

## PLAINTIFFS' NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE THAT the Parties to this matter have reached an agreement to fully resolve Plaintiffs' claims in this action. Plaintiffs respectfully requests that this Court close this case for administrative purposes, but retain jurisdiction over the case in the event the Parties do not complete their anticipated case resolution obligations.

Plaintiffs' counsel anticipates that the Parties will complete their respective obligations within ninety (90) days; and then the Parties will file a Joint Stipulation of Dismissal.

    By:    */s/ Daniel W. Grammes, Esq.*
             Daniel W. Grammes
             FL. Bar. No. 1010507
             Email: dgrammes@lipcon.com
             Lipcon, Margulies & Winkleman, P.A.
             2800 Ponce de Leon Boulevard, Suite 1480
             Coral Gables, Florida 33134
             Phone: (305) 373-3016
             Facsimile: (305) 373-6204
             *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 15, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

By: */s/ Daniel W. Grammes*_____
**DANIEL W. GRAMMES**
dgrammes@lipcon.com

## SERVICE LIST
## Case No. 17-cv-23575-DPG

| | |
|---|---|
| **Michael A. Winkleman, Esq.** | **Scott D. Ponce, Esq.** |
| mwinkleman@lipcon.com | sponce@hklaw.com |
| **Jason R. Margulies, Esq.** | **Sanford L. Bohrer, Esq**. |
| jmargulies@lipcon.com | sbohrer@hklaw.com |
| **Marc E. Weiner, Esq.** | HOLLAND & KNIGHT LLP |
| mweiner@lipcon.com | Attorneys for Royal Caribbean |
| **Daniel Grammes, Esq.** | 701 Brickell Avenue, Suite 3000 |
| dgrammes@lipcon.com | Miami, Florida 33131 |
| LIPCON, MARGULIES, | (305) 374-8500 (telephone) |
| & WINKLEMAN, P.A. | (305) 789-7799 (facsimile) |
| 2800 Ponce de Leon Blvd., Suite 1480 | *Attorneys for Defendant* |
| Coral Gables, Florida 33134 | |
| Telephone No.: (305) 373-3016 | |
| Facsimile No.: (305) 373-6204 | |
| *Attorneys for Plaintiffs* | |

- 3 -

## SERVICE LIST
### CASE NO.: 24-CV-22511-KMW
*Kasmar v. NCL*

| **DANIEL W. GRAMMES** | **TODD L. SUSSMAN** |
|---|---|
| Florida Bar No.: 1010507 | Florida Bar No. 0084729 |
| dgrammes@lipcon.com | tsussman@nclcorp.com |
| LIPCON, MARGULIES | NORWEGIAN CRUISE LINE |
| & WINKLEMAN, P.A. | 7665 Corporate Center Drive |
| 2800 Ponce de Leon Blvd., Ste. 1480 | Miami, FL 33126 |
| Coral Gables, FL 33134 | Telephone: (305) 436-4653 |
| Telephone: (305) 373-3016 | Facsimile: (305) 468-2132 |
| Facsimile: (305) 373-6204 | *Attorney for Defendant* |
| *Attorneys for Plaintiff* | |

- 3 -

LIPCON, MARGULIES & WINKLEMAN, P.A.